**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000101
11-MAY-2023
08:04 AM
Dkt. 17 OGMD**

NO. CAAP-23-0000101

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


COUNTY OF MAUI, Plaintiff-Appellee, v.
MICHAEL BASKIN, individually and as
Co-Trustee of THE PAIA PAD TRUST and THE PAIA PLACE TRUST;
THE PAIA PAD TRUST; THE PAIA PLACE TRUST; PAIA LIFE, LLC;
SEASHORE PROPERTIES LLC; PAIA BAY PROPERTIES LLC;
JOHN DOES 1-20; JANE DOES 1-20; and DOE ENTITIES 1-20,
Defendants-Appellants.


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CCV-20-0000103)


ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Wadsworth and Chan, JJ.)

Upon consideration of Defendants-Appellants Michael Baskin, individually and as co-trustee of The Paia Pad Trust and The Paia Place Trust, The Paia Pad Trust, The Paia Place Trust, Paia Life, LLC, Seashore Properties LLC, and Paia Bay Properties LLC's March 3, 2023 Ex Parte Motion for an Order Granting Withdrawal of Notice of Appeal and Civil Appeal Docketing

Statement, Filed March 1, 2023, in CAAP-23-0000101 (**Motion**), the papers in support, the record, and there being no opposition,

IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed, under Hawaiʻi Rules of Appellate Procedure Rule 42(a).

DATED:  Honolulu, Hawaiʻi, May 11, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge